United States District Court
Southern District of Texas
**ENTERED**
June 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL OLIVO, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:15-CV-199 |
| § | |
| CALIBER HOME LOANS, INC., § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

Pending before the Court is the Report and Recommendation of United States Magistrate Judge John Froeschner. On June 6, 2016, this case was referred to Judge Froeschner pursuant to 28 U.S.C. § 636(b)(1)(B). Pending before Judge Froeschner was the Motion for Summary Judgment filed by Defendant Caliber Home Loans, Inc. (Dkt. 11), seeking summary judgment in its favor on all of the claims asserted by Plaintiffs, Michael and Nancy Olivo.

On June 8, 2016, Judge Froeschner filed a Report and Recommendation recommending that the Defendant's motion for summary judgment be granted, and that the Plaintiffs' claims be dismissed, with prejudice. (Dkt. 20).

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1) Judge Froeschner's Report and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) The Defendant's Motion for Summary Judgment is **GRANTED**; and

(3) The case is **DISMISSED, with prejudice**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 29th day of June, 2016.

_____
George C. Hanks Jr.
United States District Judge